UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-61667-CIV-COHN/SELTZER

JUDITH MAME-DURAND,

Plaintiff,

vs.

SANPHIL CORP., and WAREHOUSES
OF POMPANO BEACH, L.C.

Defendants.

_________________________________/

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS WITH PREJUDICE**

Plaintiff, JUDITH MAME-DURAND ("Plaintiff") by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provide this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendants with Prejudice.

Respectfully submitted this 14th day of August, 2014.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L.
Attorneys for Plaintiff
21301 Powerline Road
Suite 106
Boca Raton, FL 33344
Tele: 561-807-7388
Fax: 561-807-7198
Schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on this 14th day of August, 2014 upon all counsel or parties.

/s/ Douglas S. Schapiro
Douglas S. Schapiro